**Jill BROWN, Plaintiff–Appellee– Cross–Appellant,**

v.

**BRYAN COUNTY, OK, et al., Defendants,**

**Bryan County, OK and Stacey Burns, Defendants–Appellants–Cross– Appellees.**

**No. 93–5376.**

United States Court of Appeals, Fifth Circuit.

July 3, 1997.

John Kermit Hill, Duke Weldon Walker, Mill, Ellis & Walker, Sherman, TX, for Jill Brown.

Wallace B. Jefferson, Sharon E. Callaway, Crofts, Callaway & Jefferson, San Antonio, TX, Jack Gordon Kennedy, Kennedy, Minshew, Campbell & Morris, Sherman, TX, for Defendants–Appellants–Cross–Appellees.

---

ON REMAND FROM THE
SUPREME COURT

Before REYNALDO G. GARZA,
WIENER and EMILIO M. GARZA, Circuit
Judges.

ORDER:

The above case, which can be found at 67
F.3d 1174 was reversed by the Supreme
Court. Our judgment was vacated and the
same was remanded. We in turn remand the
same to the District Court for the Eastern
District of Texas, from whence it came, for
consideration in conformity with the opinion
of the Supreme Court.